THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND W. MITCHELL, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

HEDWIG KAHN, Respondent, v. COLUMBIAN PROTECTIVE ASSOCIATION, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action under a hospital expense insurance policy. The order denies a motion for a new trial.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

In the Matter of WILLIAM F. SHANLEY, Respondent; ESTATE OF JOHN CANNAN, Deceased, Appellant.— Decree affirmed, with costs. All concur. (The decree is for claimant on a claim against an estate for money loaned.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of MARTHA M. LUTHER, Appellant, against ROSE M. CLARKE et al., Constituting the Board of Elections of Ontario County, Respondents.— Order affirmed, without costs of this appeal to any party. All concur, except Dowling and McCurn, JJ., who dissent and vote for reversal and for granting of the order sought on the ground that the attempted submission is without warrant in law. (The order denies the petitioner's petition in a proceeding to restrain defendants from submitting to the electors a vote upon a local option petition containing four questions involving issuance of liquor licenses in the town of Canadice, pursuant to the Alcoholic Beverage Control Law.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [185 Misc. 921.]

EUNICE V. TAYLOR, Appellant, v. HERBERT E. WAIT et al., Respondents.— Transferred to Appellate Division of the Supreme Court, Third Judicial Department, for hearing and determination. Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 270 App. Div. 785.]